**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

MILAN DINESHKUMAR AMIN, et al.,

*Plaintiffs*,

vs.

JOSEPH EDLOW, et al.,

*Defendants.*

Case No.: 2:26-cv-01228-JHC

**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Stipulation for Dismissal (the "Stipulation") entered into by plaintiffs Mr. Milan Dineshkumar Amin ("Mr. Amin" or "Lead Plaintiff"), and Ms. Falguni Milan Amin ("Ms. Amin" or "Plaintiff 2"), (collectively "Plaintiffs") and defendants Joseph EDLOW, in his Official Capacity, Director, USCIS and Tracy TARANGO, in her Official Capacity, Director, California Field Office (collectively "Defendants") (collectively with the Plaintiffs, the "Parties"), Dkt. # 9, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows,

1. Defendants Joseph EDLOW, in his Official Capacity, Director, USCIS and Tracy TARANGO, in her Official Capacity, Director, California Field Office, are each DISMISSED as parties to this lawsuit *without* prejudice; and
2. The Parties shall each bear their own costs, fees and expenses.

**IT IS SO ORDERED.**

Dated: August 3, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE